WILLIAM D. MURRAY AND ANOTHER, RESPONDENTS, *v.* BERTHA REDELL, APPELLANT.

Judgment and order reversed, and case remitted to the Superior Court of Buffalo for a new trial, costs to abide event. *Held*, that

Redell having adopted the minor child of his wife by a former husband and held him out to the world as his own son, the wife was not liable for the minor's support : and there being no evidence that the wife expressly charged her separate estate with the payment of the plaintiffs' claim, and none from which such a charge can be implied, the wife is not liable.